## EXHIBIT A

**Customer - 31079 BINGHAMTON AGWAY**

| Invoice Date | Invoice Number | Amount |
|---|---|---:|
| December 8, 2021 | INV21111886 | $ 5,124.14 |
| December 22, 2021 | INV21118057 | 6,048.53 |
| December 22, 2021 | INV21118308 | 10,006.54 |
| December 22, 2021 | INV21118356 | 10,644.26 |
| January 12, 2022 | INV21124693 | 5,849.25 |
| January 26, 2022 | INV21130516 | 4,364.80 |
| January 31, 2022 | INV21132406 | 7,695.30 |
| February 1, 2022 | INV21133011 | 22,935.45 |
| February 1, 2022 | INV21133009 | 22,144.81 |

**Total of unpaid invoices**     94,813.08

**Offsetting credit memos issued**     (85.85)

**Net amount due**     $ 94,727.23

**Date of last payment**     May 23, 2022

**Amount of last payment**     $ 8,585.23